IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANDRA CK VAN ORNUM,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL ASSOCIATION, *et al.*,<br><br>      Defendants. | **MEMORANDUM DECISION AND ORDER STRIKING SECOND RESPONSE RE 123 REPLY TO RESPONSE TO MOTION RE 100 MOTION TO DISMISS (ECF NO. 135)**<br><br>Case No.  2:14-cv-921-RJS-EJF<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

  On August 17, 2016 Plaintiff Sandra C.K. Van Ornum filed a second response to Defendant William Goodhue's Motion to Dismiss without first seeking leave of court.  (ECF No. 135.)

  On May 13, 2016, Mr. Goodhue filed a motion to dismiss Ms. Van Ornum's Amended Complaint.  (ECF No. 100.)  Ms. Van Ornum filed her Response on June 08, 2016.  (ECF No. 111.)  Mr. Goodhue filed his Reply on July 18, 2016.  (ECF No. 123.)  On August 17, 2016, after briefing on the motion to dismiss closed, Ms. Van Ornum filed a second response titled "Response re 123 Reply to Response to Motion re 100 Motion to Dismiss."  (ECF No. 135.)

  Civil Rule 7-1(b)(2)(A)-(B) of the Rules of Practice for the United States District Court for the District of Utah allows for one response and one reply memoranda in opposition to a Fed. R. Civ. P. 12(b) motion.  Civil Rule 7-1(b)(2)(A)-(B) further states that "[n]o additional memoranda will be considered without leave of court."  Ms. Van Ornum did not seek leave of court to file a second response to Mr. Goodhue's Motion to Dismiss.  (ECF No. 102.)  Therefore, the Court will not consider Ms. Van Ornum's second Response.  (ECF No. 135.)

1

DATED this 19th day of August, 2016.

                              BY THE COURT:

                              _____
                              EVELYN J. FURSE
                              United States Magistrate Judge