IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANDRA CK VAN ORNUM,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL ASSOCIATION, *et al.*,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER STRIKING SECOND RESPONSE TO MOTION RE 102 MOTION TO DISMISS 98 AMENDED COMPLAINT (ECF NO. 145)**<br><br>Case No.  2:14-cv-921-RJS-EJF<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

On August 23, 2016 Plaintiff Sandra C.K. Van Ornum filed a second response to Defendant Hawaii Pacific's Motion to Dismiss without first seeking leave of court.  (ECF No. 145.)

On May 18, 2016, Hawaii Pacific filed a motion to dismiss Ms. Van Ornum's Amended Complaint.  (ECF No. 102.)  Ms. Van Ornum filed her Response on July 14, 2016.  (ECF No. 121.)  Hawaii Pacific filed its Reply on July 28, 2016.  (ECF No. 128.)  On August 23, 2016, after briefing on the motion to dismiss closed, Ms. Van Ornum filed a second response.  (ECF No. 145.)

Civil Rule 7-1(b)(2)(A)-(B) of the Rules of Practice for the United States District Court for the District of Utah allows for one response and one reply memoranda in opposition to a Fed. R. Civ. P. 12(b) motion.  Civil Rule 7-1(b)(2)(A)-(B) further states that "[n]o additional memoranda will be considered without leave of court."  Ms. Van Ornum did not seek leave of court to file a second response to Hawaii Pacific's Motion to Dismiss.  Therefore, the Court will not consider Ms. Van Ornum's second Response.  (ECF No. 145.)

1

DATED this 26th day of August, 2016.

                                                     BY THE COURT:

                                                     _____
                                                     EVELYN J. FURSE
                                                     United States Magistrate Judge