IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANDRA CK VAN ORNUM,<br><br>              Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL ASSOCIATION,<br>*et al.*,<br><br>              Defendants. | **MEMORANDUM DECISION AND ORDER STRIKING SECOND RESPONSE TO MOTION RE 105 MOTION TO DISMISS 98 AMENDED COMPLAINT (ECF NO. 159)**<br><br><br>Case No.  2:14-cv-921-RJS-EJF<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

On September 6, 2016 Plaintiff Sandra C.K. Van Ornum filed a second response to Defendant Allergan's Motion to Dismiss without first seeking leave of court.   (ECF No. 159.)

On May 23, 2016, Hawaii Pacific filed a motion to dismiss Ms. Van Ornum's Amended Complaint.  (ECF No. 105.)  Ms. Van Ornum filed her Response on August 3, 2016.  (ECF No. 129.)  Allergan filed its Reply on August 22, 2016.  (ECF No. 140.)  On September 6, 2016, after briefing on the motion to dismiss closed, Ms. Van Ornum filed a second response.  (ECF No. 159.)

Civil Rule 7-1(b)(2)(A)-(B) of the Rules of Practice for the United States District Court for the District of Utah allows for one response and one reply memoranda in opposition to a Fed. R. Civ. P. 12(b) motion.  Civil Rule 7-1(b)(2)(A)-(B) further states that "[n]o additional memoranda will be considered without leave of court."  Ms. Van Ornum did not seek leave of court to file a second response to Allergan's Motion to Dismiss.  Therefore, the Court will not consider Ms. Van Ornum's second Response.  (ECF No. 159.)

DATED this 8th day of September, 2016.


                                    BY THE COURT:


                                    _____
                                    EVELYN J. FURSE
                                    United States Magistrate Judge