IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANDRA CK VAN ORNUM,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL ASSOCIATION, *et al.*,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER STRIKING MEMORANDUM IN OPPOSITION (ECF NO. 193)**<br><br>Case No.  2:14-cv-921-RJS-EJF<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

On December 27, 2016 Plaintiff Sandra C.K. Van Ornum ("Ms. Van Ornum") filed an Opposition (ECF No. 193) to Defendant Kaiser Hospital Foundation's ("Kaiser") Reply (ECF No. 190) to Kaiser's Motion to Dismiss (ECF No. 183).

Kaiser filed a Motion to Dismiss on November 18, 2016.  (ECF No. 183.)   Ms. Van Ornum filed a Memorandum in Opposition to Kaiser's Motion to Dismiss on November 14, 2016.  (ECF No. 188.)  Kaiser filed its Reply on November 28, 2016.  (ECF No. 190.)

District of Utah local rule ("Local Rule") 7-1(b)(2)(A)-(B) allows for one response and one reply memoranda in response to a Fed. R. Civ. P. 12(b)(6) motion.  Local Rule 7-1(b)(2)(A)-(B) further states that "[n]o additional memoranda will be considered without leave of court."

Ms. Van Ornum did not seek leave of court to file an opposition to Kaiser's Reply in support of its Motion to Dismiss.  Therefore, the Court strikes Ms. Van Ornum's Opposition. (ECF No. 193.)

DATED this 29th day of December, 2016.

1

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge